Matthew John SHORTT, Petitioner,

v.

DICK CLARK'S AB THEATRE,
LLC, Respondent.

No. 09–3442.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 26, 2010.

Filed: May 3, 2010.

Before MELLOY, BOWMAN, and
SMITH, Circuit Judges.

PER CURIAM.

Matthew Shortt petitions for review of
an order of the Office of the Chief Admin-
istrative Hearing Officer (OCAHO) grant-
ing summary decision to defendants and
dismissing Shortt's claims of citizenship-
status employment discrimination under 8
U.S.C. § 1324b. We conclude that this
appeal is untimely. Section 1324b pro-
vides that a party aggrieved by a final
order of the OCAHO may seek a review of
that order in the appropriate court of ap-
peals "not later than 60 days after entry
of" the order. 8 U.S.C. § 1324b(i)(1).
The OCAHO's final order was entered on
August 21, 2009, and Shortt's petition for
review was filed in this court 61 days after
that date, on October 21, 2009. Because
the petition for review was not timely filed,
we lack jurisdiction to consider the peti-
tion. *See Curuta v. Office of the Chief
Admin. Hearing Officer,* 398 F.3d 329, 331
(5th Cir.2005) (holding that § 1324b(i)(1)
requires that petition for review be filed,
not merely mailed, by filing deadline); *see*
*also Bowles v. Russell,* 551 U.S. 205, 210–
11, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007)
(discussing "longstanding treatment of
statutory time limits for taking an appeal
as jurisdictional"). Accordingly, we dis-
miss the petition for review.